**Opinion filed November 8, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00292-CR

_____

## JOSE LUIS SEGOVIA, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR24525**

### M E M O R A N D U M   O P I N I O N

Appellant, Jose Luis Segovia, has filed a motion to dismiss this appeal. In the motion, Appellant asks that his notice of appeal be withdrawn and that this appeal be dismissed. The motion is signed by Appellant's counsel, and an affidavit attached to the motion is signed by Appellant. *See* TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


November 8, 2018                               PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.